U.S. DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

Robert W. Johnson,
       Plaintiff.

V.

MOTION TO DENY INJUNCTIONS AGAINST ROBERT W. JOHNSON
5:22-PF-0003(GTS)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 11 2022
AT____ O'CLOCK
John M. Domurad, Clerk - Syracuse

---

I, Robert W. Johnson objects to denials of future filings with the U.S. District Courts for the filings of Civil Actions due to Robert W. Johnson having active Due Process Violations & a host of other Civil Actions that have violated Robert W. Johnson's U.S. Constitutional Rights and Civil Liberties.

Robert W. Johnson
05/11/2022

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## NDNY Criminal Payments via Pay.gov

Ways to pay your debt:
- Debit Card: One-time payments can be made using Visa, Mastercard, Discover or American Express debit cards. **NOTE: NO CREDIT CARDS – only debit cards.**
- Check or Savings account: One-time or recurring payments can be made using business or personal checking and savings (ACH) accounts.
- PayPal Accounts: Payments can be made from PayPal accounts.

Making a One-Time Payment:
1. From your computer or other Internet Accessible device, visit NDNY Court's website at https://www.nynd.uscourts.gov/ and locate the tab for "Pay your Criminal Debt Online" or go directly to Pay.gov at https://pay.gov/public/home and type in "NYND Criminal Payments" in the search box to bring up the form to make a payment. You can also go directly to: https://pay.gov/public/form/start/781316600.
2. Click the tab entitled "Continue to the Form" button under United States District Court Northern District of New York Criminal Payment Form.
3. Complete the Form:
    - Complete your personal information including your CCAM number associated with your case. Your case number can be found on your monthly payment coupon, the mailing label underneath your name or by contacting the Clerk's office (see below).
    - Put in the Dollar Amount. Please note the minimum payment is $5 and maximum is $2,500. Click continue.
    - Select a payment method and click "Next". (**No credit cards – only debit cards**)
    - Enter your account information and click "Review and Submit Payment".
    - Review the summary information, check the authorization and disclosure statement checkbox, and click "Submit Payment".
    - Click "Print Receipt" on the confirmation page. Keep a copy for your records.

To set up recurring payments in Pay.gov: (Requires valid email address)
1. Local your payment information: Current address, valid email address, your bank statement, a check or debit card, amount you will pay, how often you will make a payment and the total number of payments you will make.
2. Create an account in Pay.gov: From your computer or other Internet accessible device, visit https://pay.gov/public/home and click on "Create an Account" in the upper right corner of the page, and click create a Personal Account. Enter your information and click the "Activate Account" button. A link will be sent to your email to confirm your account so you must have access to email. Open the email and click the link. Complete the wizard by entering your personal information, creating a username and password, creating security questions and click the "Create My Account" button. Once your account is created, you will be prompted to log in.
3. Click in the Search bar, type "NYND Criminal Payments" and click search. Locate U.S. District Court, Northern District Court Payment Form and click continue.
4. Click on "sign in" and enter your username and password. Click continue.
5. Select your payment method and click next.
6. Enter payment information and click the button next to "I WANT TO SET UP RECURRING PAYMENTS".
7. Select Payment Frequency. The actual date you are charged may be affected by weekends and holidays. WEEKLY, BIWEEKLY, MONTHLY, FIRST AND 15TH, END OF MONTH, and QUARTERLY are your choices.
8. Enter the total number of automatic payments you wish to schedule.
9. Complete remaining information and Click Review and Submit Payment.
10. Review the Summary, check the authorization box and click submit payment.
11. Click Print Receipt on the confirmation page.

Need assistance?
Visit: https://www.nynd.uscourts.gov/
Call: (315) 234-8500
Email: Finance_Restitution@nynd.uscourts.gov

# CERTIFICATE OF SERVICE

I, Robert W. Johnson, served a copy of Motion To Deny Injunctions Against Robert W. Johnson on 05/11/2022 upon:

1. Court Clerk: 100 S. Clinton St.; Syracuse, NY 13207.

Robert W. Johnson
Robert W. Johnson

05/11/2022